BEFORE THE THIRD DIVISION, NOVEMBER 17, 1960

**No. 64904.**—United China & Glass Co. et al. *v.* United States, protests 269275–K, etc. (Baltimore).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.

**No. 64905.**—United China & Glass Co. *v.* United States, protest 59/8912 (Seattle).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 64906.**—Justin Tharaud & Son, Inc., and J. J. Murphy & Co. *v.* United States, protests 144016–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Sons, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the merchandise was held dutiable as follows: (a) The items entered, or withdrawn from warehouse, for consumption prior to January 1, 1948, at 12½ percent ad valorem under paragraph 210, as modified by the trade agreement with the United Kingdom (T.D. 49753), and (b) as to the items entered, or withdrawn from warehouse, for consumption on and after January 1, 1946, at 20 cents per dozen articles, but not less than 7½ percent nor more than 25 percent ad valorem, under said paragraph, as modified by the General Agreement on Tariffs and Trade (T.D. 51802).